# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AUG 20 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**ARREST ON OUT-OF-DISTRICT OFFENSE**

Case Number: **'19MJ10430**

The person charged as <u>ROBERT A. PEEBLES</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>WESTERN</u> District of <u>MISSOURI</u>, in violation of the following:

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute Methamphetamine;

Title 18, United States Code, Sections 924(c)
Possession of a Firearm in furtherance of a drug crime;

Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon.

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED:   <u>August 20, 2019</u>.

_(signature)_

Angelica Carpenter, Special Agent
ATF

Reviewed and Approved:

Dated:   <u>August 20, 2019</u>.

ANDREW CHIANG
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

8/20/19 WC
~~SEALED~~     8/20/19 WC
~~SEALED~~

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-03088-01-CR-S-BCW |
| ROBERT A. PEEBLES<br>DOB: 1963 | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ROBERT A. PEEBLES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); Possession of a firearm in furtherance of a drug crime, in violation of 18 U.S.C. § 924(c); and Possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Date: 8/15/18

*Issuing officer's signature*

City and state: Springfield, Missouri      David P. Rush, United States Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 8/19/19, and the person was arrested on *(date)* 8/20/19 at *(city and state)* Calexico, CA |
|---|
| Date: 8/20/19 |

*Arresting officer's signature*

K. Safsten, ATF Special Agent
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)



This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: ROBERT A. PEEBLES

Known aliases: 

Last known residence: Route 72, box 2281, Alton, MO 65606

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 09/24/1963

Social Security number: 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

Height:                                                                Weight: 

Sex: male                                                          Race: 

Hair:                                                                  Eyes: 

Scars, tattoos, other distinguishing marks: 


History of violence, weapons, drug use: 


Known family, friends, and other associates *(name, relation, address, phone number)*: 


FBI number: 

Complete description of auto: 


Investigative agency and address: 


Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 


Date of last contact with pretrial services or probation officer *(if applicable)*:

SEALED
SEALED



# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT A. PEEBLES<br>[DOB: 09/24/1963],<br><br>  Defendant. | No. 18-03088-01-CR-S-BCW<br><br>**COUNT 1:**<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2:**<br>18 U.S.C. § 924(c)<br>NLT 5 Years' Imprisonment<br>NMT Life Imprisonment<br>Consecutive to Count 1<br>NMT $250,000 Fine<br>NMT 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT 3:**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 4:**<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>NLT 5 Years' Imprisonment<br>NMT 40 Years' Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years Supervised Release<br>Class B Felony<br><br>Each Count $100 Special Assessment |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about March 30, 2017, in Oregon County, in the Western District of Missouri, the defendant, **ROBERT A. PEEBLES**, did, knowingly and intentionally, possess with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about March 30, 2017, in Oregon County, in the Western District of Missouri, the defendant, **ROBERT A. PEEBLES**, did, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as alleged in Count 1 of this Indictment, which is incorporated by reference herein, knowingly possess a firearm, to wit: a Taurus, model PT140 G2, .40 caliber, handgun, bearing serial number SHR45460, contrary to the provisions of Title 18, United States Code, Section 924(c).

### COUNT 3

On or about March 30, 2017, in Oregon County, in the Western District of Missouri, the defendant, **ROBERT A. PEEBLES**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Taurus, model PT140 G2, .40 caliber, handgun, bearing serial number SHR45460, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about August 31, 2017, in Oregon County, in the Western District of Missouri, the defendant, **ROBERT A. PEEBLES**, did, knowingly and intentionally, possess with intent to distribute, a mixture and substance containing 50 grams or more of a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL

8.14.18
DATE

Katherine M Balesz
FOREPERSON OF THE GRAND JURY

William L. Meiners #28263
Assistant United States Attorney
Western District of Missouri

3