**JO ANNE TYRELL**
California State Bar No. 279105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
1699 West Main Street, Suite D
El Centro, CA 92243
Telephone: (760)335-3510
Facsimile: (760) 335-3610
Jo_Tyrell@fd.org

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  19MJ10430 |
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| Robert A. PEEBLES, | |
| Defendant. | |

    Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, **Jo Anne Tyrell**, Federal Defenders of San Diego, Inc., hereby gives notice that she is **lead counsel** in the above-captioned case.

                         Respectfully submitted,

Dated:   August 23, 2019         *s/Jo Anne Tyrell*
                                 Federal Defenders of San Diego, Inc.
                                 Attorney for Defendant
                                 Email: jo_tyrell@fd.org